AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wheeler, Thomas C. | U.S. Court of Federal Claims | 06/30/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Court of Federal Claims
717 Madison Place, N.W.
Washington, DC 20439

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | DLA Piper Retirement Trust Plan with former law firm, no control. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | DLA Piper Law Firm Retirement Plan. | $7,588.56 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | SIT Tax Exempt Bond Mutual Fund | B | Dividend | K | T | | | | | |
| 2. | Bank of America Checking Account | A | Interest | K | T | | | | | |
| 3. | Potomac Cliffs at Watson House RE P-ship (See Part VIII) | | None | K | R | | | | | |
| 4. | TCW/JRW Second-to-Die Life Insurance Policy | | None | N | T | | | | | |
| 5. | JRW Whole Life Policy | | None | K | T | | | | | |
| 6. | Broker Account #1 -- JRW Rev. Trust | | | | | | | | | |
| 7. | - Daimler AG Common Stock | A | Dividend | J | T | | | | | |
| 8. | - Altria Group Common Stock | A | Dividend | J | T | | | | | |
| 9. | - Davis New York Venture A | A | Dividend | K | T | Buy (add'l) | 07/01/14 | J | | |
| 10. | - Davis New York Venture A | A | Dividend | K | T | Buy (add'l) | 12/11/14 | J | | |
| 11. | Broker Account #2 -- JRW IRA | | | | | | | | | |
| 12. | - Citigroup Common Stock | A | Dividend | J | T | | | | | |
| 13. | - Legg Mason Clearbridge Fund. Value Fund | | None | J | T | Buy (add'l) | 12/12/14 | J | | |
| 14. | Broker Account #3 -- TCW IRA Rollover | | | | | | | | | |
| 15. | - Air Castle Common Stock | B | Dividend | K | T | | | | | |
| 16. | - Covidien PLC Common Stock | A | Dividend | L | T | | | | | |
| 17. | - Tyco Electronics Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Altria Group Common Stock | B | Dividend | K | T | | | | | |
| 19. - Apollo Investment Common Stock | B | Dividend | J | T | | | | | |
| 20. - BP PLC Common Stock | B | Dividend | | | Sold | 03/21/14 | K | C | |
| 21. - Bristol Myers Squibb Common Stock | B | Dividend | L | T | | | | | |
| 22. - Cisco Systems Common Stock | B | Dividend | L | T | | | | | |
| 23. - Comcast Common Stock | C | Dividend | K | T | | | | | |
| 24. - Constellation Brands Common Stock | | None | K | T | | | | | |
| 25. - Walt Disney Common Stock | B | Dividend | L | T | | | | | |
| 26. - EBay Common Stock | | None | K | T | Buy (add'l) | 06/09/14 | K | | |
| 27. - Emerson Electric Common Stock | B | Dividend | K | T | | | | | |
| 28. - Energy Transfer Partners LP | D | Dividend | M | T | | | | | |
| 29. - General Electric Common Stock | B | Dividend | K | T | | | | | |
| 30. - Google Common Stock | | None | L | T | Buy | 04/14/14 | L | | |
| 31. - Halliburton Common Stock | A | Dividend | K | T | Buy (add'l) | 12/04/14 | J | | |
| 32. - Hewlett Packard Common Stock | B | Dividend | K | T | | | | | |
| 33. - Home Depot Common Stock | B | Dividend | M | T | | | | | |
| 34. - Hospitality Properties Trust Common Stock | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - J.P. Morgan Chase Common Stock | B | Dividend | L | T | | | | | |
| 36. - Kroger Common Stock | A | Dividend | K | T | | | | | |
| 37. - Marriott Int'l Common Stock | A | Dividend | K | T | | | | | |
| 38. - Microsoft Common Stock | B | Dividend | L | T | | | | | |
| 39. - Pepsico Common Stock | B | Dividend | L | T | | | | | |
| 40. - Philip Morris Int'l Common Stock | B | Dividend | K | T | | | | | |
| 41. - Sandridge Miss. Trust | D | Dividend | L | T | | | | | |
| 42. - Southwest Airlines Common Stock | A | Dividend | K | T | | | | | |
| 43. - 3M Common Stock | C | Dividend | M | T | | | | | |
| 44. - United Parcel Service Common Stock | B | Dividend | L | T | | | | | |
| 45. - United States Steel Common Stock | A | Dividend | J | T | | | | | |
| 46. - Verizon Common Stock | C | Dividend | L | T | | | | | |
| 47. - Walmart Common Stock | B | Dividend | L | T | | | | | |
| 48. - Williams Partners Ltd. | C | Dividend | K | T | | | | | |
| 49. - Cohen & Steers Infrastructure Fund | B | Dividend | K | T | | | | | |
| 50. - Kayne Anderson Energy Return Fund | C | Dividend | L | T | | | | | |
| 51. - New Germany Fund | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Eaton Vance LTD Duration Income Fund | B | Dividend | K | T | | | | | |
| 53. Brker Acct #4 -- SSB Asset Man Fd, JRW Rev Trst | | | | | | | | | |
| 54. - Citibank Money Market | A | Interest | J | T | | | | | |
| 55. - AMC Networks Common Stock | | None | J | T | | | | | |
| 56. - AT&T Inc. Common Stock | A | Dividend | J | T | | | | | |
| 57. - Akamai Technologies Common Stock | | None | J | T | | | | | |
| 58. - Allison Transmission Common Stock | A | Dividend | J | T | Buy | 04/22/14 | J | | |
| 59. - Amgen, Inc. Common Stock | A | Dividend | | | Sold | 10/17/14 | J | A | |
| 60. - Anadarko Petroleum Common Stock | A | Dividend | J | T | | | | | |
| 61. - Anheuser Busch InBev SA Spon. Common Stock | A | Dividend | J | T | | | | | |
| 62. - Apple, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 63. - Applied Materials, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 64. - Autodesk, Inc. Delaware Common Stock | | None | J | T | | | | | |
| 65. - Axis Capital Holdings Common Stock | A | Dividend | J | T | | | | | |
| 66. - Baker Hughes, Inc. Common Stock | A | Dividend | | | Sold | 05/21/14 | J | A | |
| 67. - Bed Bath & Beyond Common Stock | | None | | | Sold | 03/21/14 | J | A | |
| 68. - Best Buy Common Stock | A | Dividend | J | T | Buy | 12/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - BHP Billiton Ltd. Common Stock | A | Dividend | J | T | | | | | |
| 70. - Biogen Idec Inc. Common Stock | | None | J | T | | | | | |
| 71. - Blackrock, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 72. - Bristol Myers Squibb Common Stock | A | Dividend | J | T | | | | | |
| 73. - Broadcom Corp. Common Stock | A | Dividend | J | T | | | | | |
| 74. - CME Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 75. - CVS Caremark Corp. Common Stock | A | Dividend | J | T | | | | | |
| 76. - Cablevision Systems Corp. Common Stock | A | Dividend | J | T | | | | | |
| 77. - Cameron Intl. Corp. Common Stock | | None | J | T | | | | | |
| 78. - Carnival CP New Paired Common Stock | A | Dividend | J | T | | | | | |
| 79. - Caterpillar Common Stock | A | Dividend | | | Sold | 08/06/14 | J | A | |
| 80. - Celgene Corp. Common Stock | | None | J | T | | | | | |
| 81. - Check Point Software Coomon Stock | | None | | | Sold | 06/21/14 | J | A | |
| 82. - Chevron Corp. Common Stock | A | Dividend | J | T | | | | | |
| 83. - Chubb Corp. Common Stock | A | Dividend | J | T | | | | | |
| 84. - Cisco Systems Inc. Common Stock | A | Dividend | J | T | | | | | |
| 85. - CitiGroup Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Citrix Systems, Inc. Common Stock | | None | J | T | | | | | |
| 87. - CME Group Common Stock | A | Dividend | J | T | | | | | |
| 88. - Coach Common Stock | A | Dividend | J | T | | | | | |
| 89. - Coca Cola Inc. Common Stock | A | Dividend | J | T | | | | | |
| 90. - Comcast Corp. CL A Special New Common Stock | A | Dividend | J | T | | | | | |
| 91. - Cree Research Inc. Common Stock | | None | J | T | | | | | |
| 92. - Deere & Co. Common Stock | A | Dividend | J | T | | | | | |
| 93. - Devon Energy Corp. New Common Stock | A | Dividend | J | T | | | | | |
| 94. - DuPont de Nemours Common Stock | A | Dividend | J | T | | | | | |
| 95. - Walt Disney Co. Holding Common Stock | A | Dividend | J | T | | | | | |
| 96. - The DirecTV Group CL A Common Stock | | None | J | T | | | | | |
| 97. - Dolby CL A Common Stock | | None | J | T | | | | | |
| 98. - EMC Corp. Mass. Common Stock | | None | J | T | | | | | |
| 99. - Eaton Corp. Common Stock | A | Dividend | J | T | | | | | |
| 100. - EBay Inc. Common Stock | | None | J | T | | | | | |
| 101. - Emerson Electric Common Stock | A | Dividend | J | T | Buy | 10/10/14 | J | | |
| 102. - Ensco PLC Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Ericsson LM Tel. ADR CL B New Common Stock | A | Dividend | J | T | | | | | |
| 104. - Express Scripts Hldg Co. Common Stock | | None | | | Sold | 01/23/14 | J | A | |
| 105. - Exxon Mobile Corp. Common Stock | A | Dividend | J | T | | | | | |
| 106. - Fluor Corp. New Common Stock | A | Dividend | J | T | | | | | |
| 107. - FMC Technologies Common Stock | | None | J | T | Buy | 10/22/14 | J | | |
| 108. - Forest Laboratories Inc. Common Stock | | None | J | T | | | | | |
| 109. - Franklin Resources Inc. Common Stock | A | Dividend | J | T | | | | | |
| 110. - GAP, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 111. - General Electric Co. Common Stock | A | Dividend | J | T | | | | | |
| 112. - GlaxoSmithKline PLC ADS Common Stock | A | Dividend | J | T | | | | | |
| 113. - Goldman Sachs Common Stock | A | Dividend | J | T | | | | | |
| 114. - Google Inc. Common Stock | | None | J | T | | | | | |
| 115. - Greenhill Common Stock | A | Dividend | J | T | Buy | 09/15/14 | J | | |
| 116. - Halliburton Co. Common Stock | A | Dividend | J | T | | | | | |
| 117. - Hess Corp. Common Stock | A | Dividend | J | T | | | | | |
| 118. - Home Depot Inc. Common Stock | A | Dividend | J | T | | | | | |
| 119. - Honeywell Intl. Inc. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Intuit Inc. Common Stock | A | Dividend | J | T | | | | | |
| 121. - JP Morgan Chase & Co. Common Stock | A | Dividend | J | T | | | | | |
| 122. - Jacobs Engineering Group Common Stock | | None | J | T | | | | | |
| 123. - Johnson & Johnson Common Stock | A | Dividend | J | T | | | | | |
| 124. - Jones Lang LaSalle Inc. Common Stock | A | Dividend | J | T | | | | | |
| 125. - Joy Global Common Stock | A | Dividend | J | T | | | | | |
| 126. - Juniper Networks Common Stock | | None | | | Sold | 01/31/14 | J | A | |
| 127. - KLA Tencor Corp. Common Stock | A | Dividend | J | T | | | | | |
| 128. - Keycorp New Common Stock | A | Dividend | J | T | | | | | |
| 129. - L-3 Communications Holding Inc. Common Stock | A | Dividend | J | T | | | | | |
| 130. - Liberty Media Co. Liberty Cap A Common Stock | | None | J | T | | | | | |
| 131. - Liberty Interactive Co. Inter A Common Stock | | None | J | T | | | | | |
| 132. - Linked-In Common Stock | | None | J | T | Buy | 05/02/14 | J | | |
| 133. - Marathon Oil Common Stock | A | Dividend | J | T | Buy | 03/07/14 | J | | |
| 134. - Mattel Inc. Common Stock | A | Dividend | | | Sold | 01/09/14 | J | A | |
| 135. - Merck & Co. Inc. New Common Stock | A | Dividend | J | T | | | | | |
| 136. - Microsoft Corp. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Monsanto Co. New Common Stock | A | Dividend | J | T | | | | | |
| 138. - Morgan Stanley Common Stock | A | Dividend | J | T | | | | | |
| 139. - National Oilwell Varco Inc. Common Stock | A | Dividend | J | T | | | | | |
| 140. - Netapp. Inc. Common Stock | | None | | | Sold | 04/28/14 | J | A | |
| 141. - Newfield Expl. Co. Common Stock | | None | J | T | | | | | |
| 142. - Nike Inc. B Common Stock | A | Dividend | J | T | | | | | |
| 143. - Novartis AG ADR Common Stock | A | Dividend | J | T | | | | | |
| 144. - Nucor Corp. Common Stock | A | Dividend | J | T | | | | | |
| 145. - Occidental Petroleum Common Stock | A | Dividend | J | T | | | | | |
| 146. - Oshkosh Corp. Common Stock | | None | J | T | | | | | |
| 147. - Pall Corp. Common Stock | A | Dividend | J | T | | | | | |
| 148. - Peabody Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 149. - Pebblebrook Hotel Tr. Com. Common Stock | A | Dividend | J | T | | | | | |
| 150. - Pentair Ltd. Common Stock | A | Dividend | J | T | | | | | |
| 151. - Pepsico Inc. Common Stock | A | Dividend | | | Sold | 04/23/14 | J | B | |
| 152. - Pier 1 Imports Common Stock | A | Dividend | J | T | Buy | 09/02/14 | J | | |
| 153. - Precision Castparts Common Stock | A | Dividend | J | T | Buy | 07/24/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.   - Procter & Gamble Common Stock | A | Dividend | J | T | | | | | |
| 155.   - Qualcomm Inc. Common Stock | A | Dividend | J | T | | | | | |
| 156.   - Raytheon Common Stock | A | Dividend | J | T | | | | | |
| 157.   - Red Hat Common Stock | | None | J | T | | | | | |
| 158.   - Regeneron Farm Common Stock | | None | J | T | Buy | 07/28/14 | J | | |
| 159.   - Regions Finance Corp. Common Stock | A | Dividend | J | T | | | | | |
| 160.   - Riverbed Tech Common Stock | | None | | | Sold | 09/28/14 | J | A | |
| 161.   - Safeway Inc. Com. New Common Stock | A | Dividend | | | Sold | 02/18/14 | J | A | |
| 162.   - Sandisk Corp. Common Stock | A | Dividend | J | T | | | | | |
| 163.   - Schlumberger Ltd. Common Stock | A | Dividend | J | T | | | | | |
| 164.   - Charles Schwab New Common Stock | A | Dividend | J | T | | | | | |
| 165.   - Stanley Black & Decker Common Stock | A | Dividend | J | T | | | | | |
| 166.   - State Street Common Stock | A | Dividend | J | T | | | | | |
| 167.   - Symantic Corp. Common Stock | A | Dividend | J | T | | | | | |
| 168.   - Synchrony Fin. Common Stock | | None | J | T | Buy | 07/31/14 | J | | |
| 169.   - Target Common Stock | A | Dividend | J | T | Buy | 08/05/14 | J | | |
| 170.   - Teradyne Common Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Texas Instruments Common Stock | A | Dividend | J | T | | | | | |
| 172. - The ADT Corp. Common Stock | A | Dividend | J | T | | | | | |
| 173. - Thermo Fisher Scientific Inc. Common Stock | A | Dividend | J | T | | | | | |
| 174. - Towers Watson Common Stock | A | Dividend | J | T | Buy | 05/13/14 | J | | |
| 175. - Twenty-First Century Fox Common Stock | A | Dividend | J | T | Buy | 07/18/14 | J | | |
| 176. - US Bancorp. Com New Common Stock | A | Dividend | J | T | | | | | |
| 177. - Unilever PLC (New) ADS Common Stock | A | Dividend | J | T | | | | | |
| 178. - United Parcel Service Inc. CL B Common Stock | A | Dividend | J | T | | | | | |
| 179. - United States Steel Corp. New Common Stock | A | Dividend | J | T | | | | | |
| 180. - United Health Group Inc. Common Stock | A | Dividend | J | T | | | | | |
| 181. - Veeco Instr. Inc. Common Stock | | None | J | T | | | | | |
| 182. - Vertex Pharmaceuticals Common Stock | | None | J | T | | | | | |
| 183. - Visa Inc. CL A Common Stock | A | Dividend | J | T | | | | | |
| 184. - Vodaphone Group PLC ADS New Common Stock | A | Dividend | J | T | | | | | |
| 185. - W.W. Grainger Common Stock | A | Dividend | J | T | | | | | |
| 186. - Weyerhauser Co. Common Stock | A | Dividend | J | T | | | | | |
| 187. - Yahoo Common Stock | | None | J | T | Buy | 07/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Xilinx Inc. Common Stock | A | Dividend | J | T | | | | | |
| 189. - Covidien PLC New Common Stock | A | Dividend | J | T | | | | | |
| 190. - Seagate Technology PLC Common Stock | A | Dividend | J | T | | | | | |
| 191. - Allied World Assurance Co. Hldgs Ltd. Common Stock | A | Dividend | J | T | | | | | |
| 192. - Weatherford International Ltd. Common Stock | | None | J | T | | | | | |
| 193. - TE Connectivity Ltd. New Common Stock | A | Dividend | J | T | | | | | |
| 194. - Tyco International Ltd. New Common Stock | A | Dividend | J | T | | | | | |
| 195. Brker Acct # 5 -- SSB Asset Man Fd, TCW IRA | | | | | | | | | |
| 196. - MS Liquid Asset Fund Money Market | | None | J | T | | | | | |
| 197. - Davis New York Venture Mutual Fund | B | Dividend | N | T | Buy (add'l) | 07/03/14 | L | | |
| 198. Broker Account #6 -- JRW Pers. Trust | | | | | | | | | |
| 199. - Dominion Resources Common Stock | B | Dividend | L | T | | | | | |
| 200. - Exxon Mobile Common Stock | D | Dividend | M | T | | | | | |
| 201. - Pepsico Common Stock | B | Dividend | L | T | | | | | |
| 202. - PNC Financial Services Common Stock | A | Dividend | K | T | | | | | |
| 203. - Walmart Common Stock | B | Dividend | L | T | | | | | |
| 204. - Maryland CDA Housing Conds 07/01/13 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Prince George's County MD Bonds 10/01/15 | A | Interest | J | T | | | | | |
| 206. - Puerto Rico Housing Public Serv. Bonds 07/01/16 | B | Interest | K | T | | | | | |
| 207. - Baltimore MD Ser. C Sink Fund 07/01/17 | B | Interest | L | T | | | | | |
| 208. - MFS Maryland Municipal Bond Fund | B | Interest | K | T | | | | | |
| 209. Broker Account #7 -- IShares Managed Trust | | | | | | | | | |
| 210. - First Trust Exchange Traded Fund II | A | Dividend | K | T | | | | | |
| 211. - IShares Barclay's Aggregate Bond Fund | B | Dividend | L | T | | | | | |
| 212. - IShares Barclay's 1-3 Yr. CD Bond Fund | A | Dividend | L | T | | | | | |
| 213. - IShares Dow Jones US Consumer Services Index Fund | A | Dividend | K | T | Sold (part) | 06/03/14 | J | A | |
| 214. - IShares Dow Jones Real Estate Index Fund | A | Dividend | K | T | Buy (add'l) | 06/03/14 | J | | |
| 215. - IShares Dow Jones Technology Sector Index Fund | A | Dividend | L | T | Sold (part) | 06/03/14 | J | A | |
| 216. - IShares Dow Jones US Consumer Goods Index Fund | B | Dividend | L | T | | | | | |
| 217. - IShares Dow Jones US Healtk Care Sector Index Fund | A | Dividend | K | T | Sold (part) | 06/03/14 | J | A | |
| 218. - IShares Dow Jones US Energy Sector Index Fund | A | Dividend | L | T | Sold (part) | 06/03/14 | J | A | |
| 219. - Guggenheim Enhanced Short Duration Bond | A | Interest | L | T | Buy (add'l) | 06/03/14 | J | | |
| 220. - IShares Floating Rate Bond | A | Interest | L | T | Buy (add'l) | 06/03/14 | J | | |
| 221. --Pimco Bond | B | Dividend | L | T | Buy (add'l) | 06/03/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Broker Account # 8 -- TCW/JRW Joint RMA | | | | | | | | | |
| 223. - Maryland CDA Hsg Cmty Dev Bonds 07/01/15 | A | Interest | K | T | | | | | |
| 224. - Puerto Rico Elec. Power Auth Bonds 007/01/17 | | None | J | T | | | | | |
| 225. - Blackrock Munivest Fund II | B | Interest | K | T | | | | | |
| 226. - Blackrock Munivest Fund | B | Interest | K | T | | | | | |
| 227. - Nuveen Select Tax Free Income Port 3 | B | Interest | K | T | | | | | |
| 228. - Dreyfus State Mun Bond Fd Maryland Ser Class C | B | Interest | K | T | | | | | |
| 229. Brker Acct # 9 -- IShares Man JRW Rev. Trust | | | | | | | | | |
| 230. - First Trust Exchange Traded Fund II | A | Dividend | K | T | Sold (part) | 06/03/14 | J | A | |
| 231. - IShares Barclay's Aggregate Bond Fund | B | Dividend | L | T | | | | | |
| 232. - IShares Barclay's 1-3 Yr. CD Bond Fund | B | Dividend | L | T | | | | | |
| 233. - IShares Dow Jones US Consumer Services Index Fund | A | Dividend | K | T | Sold (part) | 06/13/14 | J | A | |
| 234. - IShares Dow Jones US Real Estate Index Fund | B | Dividend | K | T | Buy (add'l) | 06/03/14 | J | | |
| 235. - IShares Dow Jones Technology Sector Index Fund | A | Dividend | L | T | Sold (part) | 06/03/14 | J | A | |
| 236. - IShares Dow Jones US Consumer Goods Index Fund | B | Dividend | L | T | | | | | |
| 237. - IShares Dow Jones US Health Care Sector Index Fund | A | Dividend | K | T | Sold (part) | 06/03/14 | J | A | |
| 238. - IShares Dow Jones US Energy Sector Index Fund | A | Dividend | K | T | Sold (part) | 06/03/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Guggenheim Enhanced Short Duration Bond | A | Interest | L | T | Buy (add'l) | 06/03/14 | J | | |
| 240. - IShares Floating Rate Bond | A | Interest | L | T | Buy (add'l) | 06/03/14 | J | | |
| 241. - Pimco Bond | C | Dividend | L | T | Buy (add'l) | 06/03/14 | J | | |
| 242. Broker Account # 10 -- TCW Rev. Trust | | | | | | | | | |
| 243. - American Capital Limited Common Stock | | None | L | T | | | | | |
| 244. - Bristol Myers Squibb Common Stock | B | Dividend | L | T | Buy | 04/14/14 | L | | |
| 245. - Chesapeake Energy Corp. Common Stock | A | Dividend | J | T | Buy | 04/14/14 | J | | |
| 246. - EMC Corp. Mass. Common Stock | A | Dividend | | | Donated | | | | |
| 247. - Ford Motor Co. Common Stock | A | Dividend | K | T | | | | | |
| 248. - Schlumberger Ltd. Common Stock | A | Dividend | K | T | | | | | |
| 249. - Seventy Seven Energy Common Stock | | None | J | T | Buy | 04/14/14 | J | | |
| 250. - ING Clarion Global Real Estate Fund | C | Interest | K | T | | | | | |
| 251. - Kayne Anderson Energy Fund | C | Dividend | K | T | | | | | |
| 252. - ACAP Strategic Fund Shares Mutual Fund | | None | L | T | | | | | |
| 253. - Legg Mason Western Asset Mun. Class C | B | Dividend | L | T | | | | | |
| 254. - Principal Investment Fund | A | Dividend | K | T | | | | | |
| 255. Broker Account # 11 -- EJW IRA | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Tortoise MLP Fund | B | Dividend | K | T | | | | | |
| 257. - Best Buy Common Stock | A | Dividend | K | T | | | | | |
| 258. - Chesapeake Energy Corp. Common Stock | A | Dividend | K | T | | | | | |
| 259. - Schlumberger Ltd. Common Stock | A | Dividend | J | T | | | | | |
| 260. Broker Account # 12 -- EJW IRA Trust | | | | | | | | | |
| 261. - United Health Group Common Stock | A | Dividend | K | T | | | | | |
| 262. - Calamos Strategy Fund | B | Dividend | K | T | | | | | |
| 263. - Hartford Floating Rate Fund | B | Dividend | K | T | | | | | |
| 264. - Pimco Commodity Real Return Strategy Fund | A | Dividend | K | T | | | | | |
| 265. - Putnam Diversified Income Trust Fund, Class C | B | Dividend | K | T | | | | | |
| 266. Broker Account # 13 -- HKW IRA Trust | | | | | | | | | |
| 267. - Bristol Myers Squibb Common Stock | B | Dividend | L | T | | | | | |
| 268. - Energy Transfer Partners LP | C | Dividend | K | T | Sold | 10/06/14 | L | E | |
| 269. - Exxon Mobile Common Stock | B | Dividend | L | T | | | | | |
| 270. - Ford Motor Co. Common Stock | A | Dividend | K | T | | | | | |
| 271. - Freeport McMoran Common Stock | B | Dividend | K | T | Buy | 10/17/14 | K | | |
| 272. - Microsoft Corp. Common Stock | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - U.S. Steel Common Stock | A | Dividend | J | T | | | | | |
| 274. - Principal Inv. Pref. Sec. Mut. Fund | A | Dividend | J | T | | | | | |
| 275. Brker Acct #14--For HKW IRA Man Acct (See Part VIII) | | | | | | | | | |
| 276. - Alger Small Cap Growth Inst. | | None | K | T | Sold (part) | 04/11/14 | J | A | |
| 277. - Artisan Midcap Value Inv. | A | Dividend | K | T | | | | | |
| 278. - Blackrock Equity Dividend I | A | Dividend | L | T | Sold (part) | 04/09/14 | J | A | |
| 279. - Columbia Select Large Cap Growth | | None | L | T | Sold (part) | 04/11/14 | J | B | |
| 280. - Oppenheimer Int' Growth | A | Dividend | L | T | Sold (part) | 04/11/14 | J | A | |
| 281. - Prudential Jennison MD Cap. | | None | K | T | | | | | |
| 282. - Royce Premier Inv. | A | Dividend | K | T | | | | | |
| 283. - Wells Fargo Emerg. Mkts. | A | Dividend | J | T | Sold (part) | 08/15/14 | J | A | |
| 284. Broker Account #15 --HKW IRA Managed Account | | | | | | | | | |
| 285. - MS Liquid Asset Fund | A | Interest | J | T | | | | | |
| 286. - Alger Small Cap Growth Inst. | | None | J | T | Sold (part) | 04/11/14 | J | A | |
| 287. - Artisan Midcap Value Inv, | A | Dividend | J | T | Sold (part) | 08/15/14 | J | B | |
| 288. - Blackrock Equity Dividend | B | Dividend | L | T | Sold (part) | 08/15/14 | J | B | |
| 289. - Columbia Select Large Cap Growth | | None | M | T | Sold (part) | 04/11/14 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. - Oppenheimer Int'l Growth | A | Dividend | K | T | Sold (part) | 04/11/14 | J | C | |
| 291. - Prudential Jennison MD Cap. | | None | J | T | Sold (part) | 04/11/14 | J | A | |
| 292. - Royce Premier Inv. | A | Dividend | J | T | | | | | |
| 293. - Virtus Insight Emerg. Mkts. | A | Dividend | K | T | Sold (part) | 08/15/14 | J | A | |
| 294. - Wells Fargo Emerg. Mkts. | A | Dividend | K | T | Sold (part) | 08/15/14 | J | A | |
| 295. Broker Account #16 -- TCW Trust | | | | | | | | | |
| 296. - Blackstone Group Common Stock | C | Dividend | L | T | Buy | 05/20/14 | L | | |
| 297. - CVS Caremark Common Stock | B | Dividend | M | T | | | | | |
| 298. - Celgene Common Stock | | None | M | T | | | | | |
| 299. - EMC Corp. Mass. Common Stock | A | Dividend | L | T | | | | | |
| 300. - Energy Transfer Equity LP | D | Dividend | M | T | Buy (add'l) | 12/04/14 | J | | |
| 301. - Enterprise Products Partners LP | D | Dividend | M | T | | | | | |
| 302. - General Electric Common Stock | A | Dividend | K | T | Buy (add'l) | 01/28/14 | K | | |
| 303. - General Motors Common Stock | B | Dividend | K | T | Buy | 01/28/14 | K | | |
| 304. - Lamar Advertising Common Stock | C | Dividend | K | T | Buy | 06/09/14 | K | | |
| 305. - Merck Common Stock | B | Dividend | L | T | | | | | |
| 306. - Murphy Oil Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  - Time Warner Common Stock | A | Dividend | J | T | Buy | 08/12/14 | J | | |
| 308.  - Vodofone GP Common Stock | C | Dividend | | | Sold | 01/28/14 | K | C | |
| 309.  - Williams Cos. Common Stock | C | Dividend | M | T | Sold (part) | 05/20/14 | J | B | |
| 310.  - WPX Energy Common Stock | | None | K | T | | | | | |
| 311.  - First Tr MLP & Eng Fund (FEI) | B | Dividend | K | T | Buy | 06/09/14 | K | | |
| 312.  - First Data Corp. Bonds | B | Interest | K | T | Buy | 01/28/14 | K | | |
| 313.  - Nuveen NFM MTP Preferred | B | Dividend | K | T | | | | | |
| 314.  - Nuveen MD Dividend Muni Fund | A | Dividend | K | T | | | | | |
| 315.  - Hartford Floating Rate Fund | A | Dividend | K | T | | | | | |
| 316.  - Legg Mason WA SHT Muni Fund | B | Dividend | L | T | | | | | |
| 317.  - Legg Mason Western Asset Muni Fund | B | Dividend | L | T | | | | | |
| 318.  Broker Account #17--Small Cap Man. Trust | | | | | | | | | |
| 319.  - MS Liquid Asset Fund | A | Interest | J | T | | | | | |
| 320.  - Alger Small Cap Growth Inst. | | None | J | T | | | | | |
| 321.  - American Century Int. TRM TX FR BD Inv. | B | Dividend | K | T | | | | | |
| 322.  - American Century Intl. Bond Inv. | A | Dividend | J | T | Sold (part) | 06/06/14 | J | A | |
| 323.  - Artisan Midcap Value Inv. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Baron Small Cap Retail | | None | J | T | | | | | |
| 325. - Columbia Marsico Growth Z | | None | K | T | Buy (add'l) | 04/16/14 | J | | |
| 326. - Columbia Marsico Intl Opp. Z | | None | J | T | Buy (add'l) | 04/16/14 | J | | |
| 327. - Davis New York Venture Y | A | Dividend | K | T | Buy (add'l) | 12/15/14 | J | | |
| 328. - Franklin Fed Intm Trm Txfr Adv | A | Dividend | K | T | Buy | 06/06/14 | K | | |
| 329. - Nationwide Geneva Mdcp Gw Fund | | None | J | T | Buy | 06/03/14 | J | | |
| 330. - American Europacific Growth F1 | A | Dividend | J | T | Buy (add'l) | 04/16/14 | J | | |
| 331. - Goldman Sachs Growth Opp. 1 | | None | J | T | | | | | |
| 332. - American Growth Fund of America F1 | A | Dividend | K | T | Buy (add'l) | 04/16/14 | J | | |
| 333. - JP Morgan Emerging Markets Sel | A | Dividend | J | T | | | | | |
| 334. - Lazard Emerging Markets 1 | A | Dividend | J | T | | | | | |
| 335. - Legg Mason WA Interim Muni Inst. | B | Dividend | K | T | | | | | |
| 336. - Mainstay ICAP Select Equity 1 | A | Dividend | K | T | | | | | |
| 337. - PIMCO Emerging Local BD P | A | Dividend | J | T | | | | | |
| 338. - T Rowe Price High Yield | A | Dividend | J | T | | | | | |
| 339. - T Rowe Price Mid-Cap Growth | | None | J | T | | | | | |
| 340. - Royce Micro-cap Inv. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. - Royce Total Return Inv. | A | Dividend | J | T | | | | | |
| 342. - Templeton Global Bond Fd Adv | A | Dividend | J | T | | | | | |
| 343. - CRM Mid-cap Value Instl. | A | Dividend | J | T | Buy (add'l) | 12/15/14 | J | | |
| 344. - Wells Fargo High Income Inv. | A | Dividend | J | T | | | | | |
| 345. Broker Account #18 -- HKW/TCW Annuities | | | | | | | | | |
| 346. - Tactical Diversified Futures Fund LP | | None | K | T | | | | | |
| 347. - Sun Life of Canada Annuity | | None | M | T | | | | | |
| 348. - Nationwide Life & Annuity | | None | M | T | | | | | |
| 349. - Skybridge Multi-Advisor Hedge Fund | | None | L | T | | | | | |
| 350. Broker Account #19 -- US Bank EL Trust | | | | | | | | | |
| 351. - First American Prime Obligation Fund | | None | J | T | | | | | |
| 352. - IShares Iboxx H Y Corp Bond | A | Dividend | J | T | | | | | |
| 353. - Allergan Inc. Common Stock | A | Dividend | J | T | | | | | |
| 354. - Anadarko Petroleum Common Stock | A | Dividend | | | Sold | 02/11/14 | J | A | |
| 355. - Apple Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 02/11/14 | J | | |
| 356. - AT&T Inc. Common Stock | A | Dividend | J | T | Sold (part) | 01/07/14 | J | B | |
| 357. - Borg Warner Common Stock | A | Dividend | J | T | Buy | 02/11/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - Caterpillar Common Stock | A | Dividend | | | Sold | 04/28/14 | J | A | |
| 359. - CBS Corp. Class B Non-Voting | A | Dividend | J | T | | | | | |
| 360. - Cincinnati Financial. Corp. Common Stock | A | Dividend | J | T | Sold (part) | 02/11/14 | J | B | |
| 361. - Citigroup Common Stock | A | Dividend | J | T | Sold (part) | 09/12/14 | J | A | |
| 362. - CME Group Common Stock | A | Dividend | J | T | | | | | |
| 363. - Covidien Common Stock | A | Dividend | J | T | Sold (part) | 02/11/14 | J | A | |
| 364. - Cummins Common Stock | A | Dividend | J | T | | | | | |
| 365. - CVS Caremark Common Stock | A | Dividend | J | T | | | | | |
| 366. - Discovery Communications Inc. CL A Common Stock | | None | J | T | | | | | |
| 367. - Dover Corp. Common Stock | A | Dividend | J | T | | | | | |
| 368. - EOG Resources Common Stock | A | Dividend | J | T | Buy | 04/28/14 | J | | |
| 369. - EMC Corp. Common Stock | | None | | | Sold | 02/11/14 | J | A | |
| 370. - Ecolab Inc. Common Stock | A | Dividend | J | T | | | | | |
| 371. - Electronic Arts Common Stock | | None | J | T | Buy | 04/28/14 | J | | |
| 372. - Emerson Electric Co. Common Stock | A | Dividend | J | T | | | | | |
| 373. - Exxon Mobile Corp. Common Stock | A | Dividend | J | T | | | | | |
| 374. - Facebook Common Stock | | None | J | T | Buy | 09/12/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - FMC Technologies Common Stock | | None | J | T | Buy | 09/12/14 | J | | |
| 376. - Gilead Sciences Common Stock | | None | J | T | Buy | 02/11/14 | J | | |
| 377. - Goldman Sachs Common Stock | A | Dividend | J | T | Buy | 04/28/14 | J | | |
| 378. - Google Inc. Common Stock | | None | J | T | | | | | |
| 379. - Halliburton Common Stock | A | Dividend | J | T | Buy | 04/28/14 | J | | |
| 380. - Int'l Paper Co. Common Stock | A | Dividend | J | T | | | | | |
| 381. - JP Morgan Chase Co. Common Stock | A | Dividend | J | T | | | | | |
| 382. - Johnson & Johnson Common Stock | A | Dividend | J | T | | | | | |
| 383. - Kraft Foods Common Stock | A | Dividend | | | Sold | 02/11/14 | J | A | |
| 384. - Lincoln Nat'l Corp. Common Stock | A | Dividend | J | T | | | | | |
| 385. - Lowe's Common Stock | A | Dividend | J | T | | | | | |
| 386. - Marathon Oil Common Stock | A | Dividend | | | Sold | 04/28/14 | J | A | |
| 387. - Mastercard Inc. Common Stock | A | Dividend | J | T | | | | | |
| 388. - McDonald's Corp. Common Stock | A | Dividend | J | T | | | | | |
| 389. - McKesson Corp. Common Stock | A | Dividend | J | T | | | | | |
| 390. - Medco Health Solutions Inc. Common Stock | | None | J | T | | | | | |
| 391. - Merck Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - Medtronic Common Stock | A | Dividend | J | T | | | | | |
| 393. - Mohawk Indus. Common Stock | A | Dividend | J | T | | | | | |
| 394. - Morgan Dempsey Small Cap Value Fund | A | Dividend | J | T | Buy | 02/11/14 | J | | |
| 395. - Mylan Common Stock | | None | | T | Buy | 04/28/14 | J | | |
| 396. - Nextera Energy Inc. Common Stock | A | Dividend | J | T | | | | | |
| 397. - Philip Morris Intl. Common Stock | A | Dividend | J | T | | | | | |
| 398. -- Pioneer Natural Resources Common Stock | A | Dividend | J | T | | | | | |
| 399. - Polaris Ind. Inc. Common Stock | A | Dividend | J | T | | | | | |
| 400. - Praxair Inc. Common Stock | A | Dividend | J | T | | | | | |
| 401. - Priceline Com. Inc. Common Stock | | None | J | T | | | | | |
| 402. - Procter & Gamble Inc. Common Stock | A | Dividend | J | T | | | | | |
| 403. - Prudential Financial Inc. Common Stock | A | Dividend | J | T | | | | | |
| 404. - Qualcomm Inc. Common Stock | A | Dividend | J | T | | | | | |
| 405. - Southwest Airlines Common Stock | A | Dividend | J | T | Buy | 02/11/14 | J | | |
| 406. - Teradata Corp. Del Common Stock | | None | | | Sold | 01/07/14 | J | A | |
| 407. - Thermo Fisher Scientific Inc. Common Stock | | None | J | T | | | | | |
| 408. - United Health Group, Inc. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409.  - Visa Inc. CL A Common Stock | A | Dividend | J | T | | | | | |
| 410.  - Wells Fargo Common Stock | A | Dividend | J | T | Buy | 02/11/14 | J | | |
| 411.  - Windstream Corp. Common Stock | A | Dividend | | | Sold | 02/11/14 | J | A | |
| 412.  - Symantec Common Stock | A | Dividend | | | Sold | 05/14/14 | J | A | |
| 413.  - 3M Co. Common Stock | A | Dividend | J | T | | | | | |
| 414.  - Zoetis Common Stock | A | Dividend | | | Sold | 02/11/14 | J | A | |
| 415.  - Accenture PLC Cl A Common Stock | A | Dividend | J | T | | | | | |
| 416.  - Ace Ltd. Common Stock | A | Dividend | J | T | | | | | |
| 417.  - Schlumberger Ltd. Common Stock | A | Dividend | J | T | | | | | |
| 418.  - SPDR DJ Wilshire Int'l Common Stock | A | Dividend | J | T | | | | | |
| 419.  - Aberdeen FDS Emerging | A | Dividend | J | T | | | | | |
| 420.  - Dreihaus Select Credit Fund | A | Dividend | J | T | Buy | 01/07/14 | J | | |
| 421.  - Federated Institute High Yield Bond Fund | A | Dividend | J | T | Buy | 03/26/14 | K | | |
| 422.  - Goldman Sachs M C Value Cl Inst | A | Dividend | J | T | | | | | |
| 423.  - Highland Long Short Equity Z | A | Dividend | J | T | | | | | |
| 424.  - IPath Dow Jones UBS Commodity | | None | J | T | | | | | |
| 425.  - IShares MSCI Emerging Markets ETF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - Loomis Sayles ABS Strat Y | A | Dividend | J | T | | | | | |
| 427. - Oppenheimer SR Floating Rate Bond Fund | A | Dividend | J | T | Buy (add'l) | 01/07/14 | J | | |
| 428. - Scout Int'l Fund | A | Dividend | K | T | Buy (add'l) | 08/26/14 | J | | |
| 429. -- TCW Emerging Market Income Fund | A | Dividend | J | T | | | | | |
| 430. - T Rowe Price Mid-cap Growth Fd #64 | | None | J | T | | | | | |
| 431. - T. Rowe Price Group Common Stock | A | Dividend | J | T | | | | | |
| 432. - T. Rowe Price Int'l Bond Fund | A | Dividend | J | T | | | | | |
| 433. - SPDR Dow Jones Intl. | A | Dividend | J | T | | | | | |
| 434. - TFS Market Neutral Fund | | None | J | T | | | | | |
| 435. - Nuveen Real Estate Security Class I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, line 3, Potomac Cliffs at Watson House Real Estate Partnership, purchased on 4/20/1987 at cost of $26,150 (1/2-share).

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 06/30/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas C. Wheeler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544